UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number:

KATHRYN CROSS,

    Plaintiff

V.

UNITED AIRLINES, INC., dba United Airlines; AVIAM LTD.,

    Defendants

## COMPLAINT FOR DAMAGES

COMES NOW, Plaintiff, KATHRYN CROSS, and as causes of action against Defendants, complains and alleges as follows:

### INTRODUCTION

1. Plaintiff KATHRYN CROSS ("Plaintiff" or "Ms. Cross") claims are for personal injuries sustained on March 9, 2023 on an United Airlines international flight and are brought pursuant to Convention for the Unification of Certain Rules for International Carriage by Air, May 28, 1999, S. Treaty Doc. No. 106–45 (2000) "The Montreal Convention").

### JURISDICTION AND VENUE

2. This action arises out of a March 9, 2023, on an international flight to the Dominican Republic when Plaintiff was injured disembarking a Defendant United Airlines, Inc., commercial airplane.

3. The action is governed by the Montreal Convention.

1

4. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 because this case arises out of a treaty of the United States of America.

5. The Montreal Convention applies to all international carriage of persons, baggage or cargo performed by aircraft for reward, so long as that carriage occurs between two countries that are signatories to the Montreal Convention.

6. Both the United States of America and the Dominican Republic are signatories to the Montreal Convention.

7. This Court is the proper venue for this action pursuant to Article 33 of The Montreal Convention because Plaintiff's principal and permanent residence is Colorado.

## GENERAL ALLEGATIONS

8. At all material times, Defendant United Airlines, Inc. ("United") owned, operated, managed, controlled, serviced, flew and supervised a commercial airline.

9. At all material times, Defendant AVIAM LTD was in a joint venture with, and/or agency relationship with, Defendant United Airlines, Inc.

10. On March 9, 2023, with Plaintiff onboard as a passenger, Defendant United Airlines flew its commercial airplane to Punta Cana International Airport. The flight number was UA1514, and the flight departed Denver International Airport at approximately 9:00 A.M., MST.

11. The airplane was scheduled to arrive on March 9, 2023 at 2:06 P.M., AST. As Plaintiff disembarked from the airplane, she tripped and fell on the platform/steps, owned and carelessly maintained/installed by Defendants, causing her to suffer a bimalleolar left ankle fracture, amongst other injuries.

12. The platform/steps where Plaintiff fell were not properly installed and maintained by Defendants, which led to Plaintiff tripping and falling.

## COUNT I

## BODILY INJURY CLAIM UNDER MONTREAL CONVENTION

Plaintiff re-allege, and incorporates by reference, the allegations set forth above, and further allege:

13. Defendants' liability is governed by Articles 17, 21, and 24 of The Montreal Convention.

14. Plaintiff was injured while disembarking from Defendant's United's airplane following an international flight to the Dominican Republic.

15. Under Article 21 and the Inflation Adjustments effective as of December 2019, Defendants are strictly liable for Plaintiff's damages arising out of bodily injury and caused by the accident described herein.

16. Under Article 21, Defendants are liable for all of Plaintiff's damages, regardless of the amount, unless Defendants proves that a) such damage was not due to the negligence or other wrongful act or omission of Defendants or their servants or agents; or b) such damage was solely due to the negligence or other wrongful act or omission of a third party.

17. As a direct and proximate result of the accident, Plaintiff has suffered bodily injuries and has been forced to incur the expenses of medical care, nursing care and treatment, disability, pain, suffering, mental anguish, embarrassment, inconvenience, loss of earnings, loss of the ability to earn money, and loss of capacity for the enjoyment of life.

18. Plaintiff's injuries are continuing, and Plaintiff will suffer from these injuries, damages and losses in the future.

WHEREFORE, Plaintiff, KATHRYN CROSS, demand for judgment against Defendants for all damages permitted by law, costs of this action, and a trial by jury on all issues.

**PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL ISSUES**

Respectfully submitted this 10TH day of February, 2025.

RAMOS LAW

*Original signatures on file at Ramos Law*

/s/ *Clarence E. Gamble*
**Clarence E. Gamble**
Ramos Law
10190 Bannock Street, #200
Northglenn, CO 80260
Phone Number: (720) 536-4380
Fax Number: (303)865-5666
Email: clarence@ramoslaw.com

4